IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of the Extradition of

CZESLAW KUBICKI

) 
) 
) Case No. 20-mj-00034-STV
) 
)

**Unopposed Motion to for Immediate Release from Custody Without Conditions on Personal Recognizance Bond**

CZESLAW KUBICKI, by and through his attorney, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully moves this Court for Mr. Kubicki's immediate release from custody, without conditions on a Personal Recognizance Bond. Mr. Kubicki is currently being detained at the GEO Detention Facility in Aurora, Colorado. The government does not oppose Mr. Kubicki's immediate release.

On October 28, 2020, this Court certified Mr. Kubicki's extradition to Poland and ordered that he be detained under 18 U.S.C. § 3184. *See* Docs. 51 & 52. The Court stayed the detention order, allowing Mr. Kubicki to remain out of custody while he filed a petition for writ of habeas corpus. Doc. 64. Mr. Kubicki filed his petition in the district court in Case No. 20-cv-3374-RM. After the district court denied the petition, it also lifted this Court's stay of the custody order and ordered that Mr. Kubicki surrender himself into custody. *See* Doc. 21 of 20-cv-03374-RM. After some litigation about the stay in the Tenth Circuit and the district court, Mr. Kubicki surrendered to the U.S. Marshal as ordered on January 19, 2021.

On February 9, 2021, the government informed Mr. Kubicki, through counsel, that Poland intends to withdraw its extradition request because it cannot conclude its prosecution of Mr. Kubicki before the statute of limitations expires (as required under Polish law). *See* Doc. 40 of 20-

cv-03374-RM. However, the government has been advised that Poland will not formally withdraw its request until the statute of limitations actually expires, and the United States will not move to dismiss the extradition complaint filed in this case until that happens. *See id.* The government just filed a notice to this effect in the district court. *See* Attachment A – Doc. 40 of 20-cv-03374-RM.

Recognizing that this leaves Mr. Kubicki in six weeks or more of legal limbo, the parties have filed a joint motion to abate Mr. Kubicki's appeal pending the anticipated dismissal, and to leave in place a temporary stay of extradition. *See* Attachment B – Joint Motion to Abate Appeal in Appellate Case 21-1012.

Additionally, the government has agreed that it does not oppose Mr. Kubicki's immediate release from custody. It has stated so in the attached district court notice (Attachment A) as well as in the Joint Motion to Abate (Attachment B).

Therefore, Mr. Kubicki asks this Court to order his immediate release from custody without conditions on a Personal Recognizance Bond. Undersigned counsel does not believe that a hearing is necessary to accomplish Mr. Kubicki's release and that this Court's Order would be sufficient. If the Court would like to hold a Release Hearing, undersigned counsel requests that such hearing be held on February 10, 2021.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> *s/ Timothy P. O'Hara*
> TIMOTHY P. O'HARA
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado 80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> Email: Timothy_OHara@fd.org
> Attorney for Relator

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, I electronically filed the foregoing

**Unopposed Motion for Immediate Release from Custody Without Conditions**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Katelyn Benton
    Assistant U.S. Attorney
    Email: Katelyn.benton@usdoj.gov

    Sarah Hunter Weiss
    Assistant U.S. Attorney
    Email: sarah.weiss@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Czeslaw Kubicki    (U.S. Mail)

    *s/ Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy_OHara@fd.org
    Attorney for Petitioner